

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,543 & AP-76,544

### EX PARTE WESLEY WAYNE MILLER, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NO. 1139010D & 1139006D
### IN THE CRIMINAL DISTRICT COURT NUMBER FOUR
### FROM TARRANT COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted, in two cause numbers, of violation of civil commitment requirements for sexually violent predators and sentenced to ten years' imprisonment for each cause. The Second Court of Appeals affirmed his convictions. *Miller v. State*, Nos. 02-09-168-CR & 02-09-169-CR (Tex. App.–Ft. Worth, November 8, 2010).

Applicant contends that he is entitled to relief because there is no evidence to support these

convictions. The State agrees and urges this Court to grant relief.

The trial court has also determined that Applicant is entitled to relief under his claim that there is no evidence to support these convictions. We agree. We find, therefore, that Applicant is entitled to relief in the judgments of conviction in Case Nos. 1139010D & 1139006D from the Criminal District Court Number Four of Tarrant County.

Relief is granted. The judgments in Cause Nos. 1139010D and 1139006D from the Criminal District Court Number Four of Tarrant County are set aside, and Applicant is remanded to the custody of the Sheriff of Tarrant County to answer the charges against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.


Delivered: May 4, 2011
Do Not Publish